IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

        Plaintiff,                              CV F 06 1424 AWI WMW  P

  vs.                                     ORDER TO SHOW CAUSE

V. McLAUGHLIN, et al.,

        Defendants.

       Plaintiff is a state prisoner proceeding pro se in a civil rights action challenging the conditions of his confinement.

       Plaintiff, an inmate in the custody of the California Department of Corrections at CCI Tehachapi, sets forth vague allegations of conduct by Correctional Officials at Tehachapi. Plaintiff alleges that he has not received credit reductions due him. Plaintiff also alleges that officials are refusing to respond to his inmate grievances.

       The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).

1         This plaintiff has, on 3 prior occasions, brought civil actions challenging the
2   conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state
3   a claim upon which relief can be granted.  <u>Greene v. Inmate Appeals</u>, CV S 05 1324 GEB GGH
4   P; <u>Greene v. North Kern State Prison</u>, CV F 05 0742 OWW LJO P; <u>Greene v. N. Grannis</u>, CV F
5   06 0659 OWW SMS P.  Plaintiff is therefore not entitled to proceed in forma pauperis unless he
6   alleges facts indicating that he is in imminent danger of serious physical injury.   There are no
7   such facts alleged in this case.
8         Accordingly, IT IS HEREBY ORDERED that plaintiff is directed to show cause,
9   within thirty days of the date of service of this order, why his request to proceed in forma
10  pauperis should not be denied.   Failure to file a response will result in an order directing
11  Plaintiff to submit the $350 filing fee in full.

15  IT IS SO ORDERED.

16  **Dated:    December 19, 2006**            /s/  **William M. Wunderlich**
    mmkd34                              UNITED STATES MAGISTRATE JUDGE