UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEDRIC GREENE, | ) | 1:06-CV-01424-AWI-WMW-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE |
| v. | ) ) | (Doc. 12) |
| V. McLAUGHLIN, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 2, 2007, plaintiff filed a motion to extend time to pay the $350.00 filing fee for this action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to pay the $350.00 filing fee for this action, pursuant to the court's order of March 14, 2007.

IT IS SO ORDERED.

**Dated:  April 23, 2007**          /s/  William M. Wunderlich
                                                        UNITED STATES MAGISTRATE JUDGE