IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

    Plaintiff,                                    CV F 06 1424 AWI WMW   P

    vs.                                                ORDER DISMISSING ACTION

V. McLAUGHLIN, et al.,

    Defendants.

_____/

    Plaintiff is a state prisoner proceeding pro se in a civil rights action challenging the conditions of his confinement.

    On December 20, 2006, an order was entered, directing Plaintiff to show cause, within thirty days, why his application to proceed in forma pauperis should not be denied pursuant to 28 U.S.C. § 1915(g).   January 8, 2007Plaintiff filed a response to the court's order.

    The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).

    This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of

1

his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted. Weaver v. Pelican Bay State Prison, No. C 04-3077 JW (PR) (N.D. Cal May 18, 2005); Weaver v. Nimrod, No. C 04-3154 JW (PR) (N.D. Cal. Dec. 14, 2004); Weaver v. Daniel, No. C 05-1373 JW (PR) (N.D. Cal. May 9, 2005); Weaver v. Pelican Bay State Prison Mail Room, No. C 04-4784 JW (PR) (N.D. Cal. Jan. 5, 2005); Weaver v. Montiero, et al., No. 05-0166 RSWL (FMO) (C.D. Cal. Nov. 21, 2005). Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent danger of serious physical injury. There are no such facts alleged in this case.

In his response to the order to show cause, Plaintiff restates the allegations of the complaint. The allegations consists of claims that he is being confined illegally. Plaintiff proffers legal authority from Mississippi and New York to support his contentions. Plaintiff has not, however, satisfied the standard set forth in 28 U.S.C. § 1915(g).

Accordingly, on January 24, 2007, findings and recommendations were entered, recommending that Plaintiff's application to proceed in forma pauperis be denied and Plaintiff be directed to pay the filing fee in full. On March 14, 2007, the findings and recommendations were adopted, and Plaintiff was directed to pay the $350 filing fee for this action. Plaintiff was specifically cautioned that his failure to do so would result in dismissal of this action. On April 2, 2007, and April 23, 2007, Plaintiff was granted extensions of time in which to pay the filing fee. Plaintiff has failed to do so.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for Plaintiff's failure to pay the filing fee. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    June 13, 2007**              /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE